### FARMERS' TRUST CO. *v.* W. V. R. R. CO.

From Benton :   J. C. Fullerton, Judge.

This is the last expiring gasp of the holders of certificates issued by the numerous and successive receivers of the Oregon Pacific Railroad Co. which succeeded the Willamette Valley & Coast Railroad Co. and was closed out by the Farmers' Loan & Trust Co. of New York. The steamer Willamette Valley having been sold by a federal court for certain maritime claims, the surplus was paid to the receiver of the railroad company which had owned the steamer, and is the subject of the present controversy.   The report of A. C. Woodcock, Esq., special referee, was confirmed by the court, whereupon W. H. Watson appealed.                                    Dismissed.

*Mr. Wallis Nash,* for Watson, appellant.

*Messrs. W. S. McFadden* and *Weatherford & Wyatt,* for Oregon Central & Eastern Railroad Co., respondent.

*Messrs. Laurence Flinn, Geo. G. Bingham, John Burnett, E. E. Wilson, Walter S. Hufford,* and *F. M. Johnson,* for various respondents.

Pursuant to the stipulation of the parties the appeal was dismissed.   No opinion.                          Dismissed.